SCWC-14-0000830

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

CONTINENTAL PACIFIC, LLC by their Managing Agent,
ELITE PACIFIC PROPERTIES, LLC,
Respondent/Plaintiff-Appellee,

vs.

JOHN WESLEY ERRETT and KAYE ANNE KROEHLER,
Petitioners/Defendants-Appellants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000830; CIV. NO. 1RC13-1-6195)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

The application for writ of certiorari, filed on

October 20, 2014, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, November 21, 2014.

Anthony P. Locricchio,        /s/ Mark E. Recktenwald
for petitioners
                              /s/ Paula A. Nakayama
William L. Goo
for respondent                /s/ Sabrina S. McKenna

                              /s/ Richard W. Pollack

                              /s/ Michael D. Wilson